**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-09-205-PHX-JAT |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Hector Manuel Urrea-Alvarez, ) | |
| Defendant. ) | |

  This supervised release case arises on the Government's Motion to Continue Admit/Deny Hearing, filed on July 31, 2014, requesting the Court to continue the admit/deny hearing scheduled for August 5, 2014 because Defendant has new charges pending (14-3258MJ) and the parties expect to resolve all issues at the change-of-plea hearing. (Doc. 55)

  On July 14, 2014, Defendant was arrested for allegedly violating the terms and conditions of his supervised release. On the same day, an initial appearance was held, defense counsel was appointed, and Defendant waived and submitted the detention and preliminary revocation hearing issues. (Doc. 52) Defendant was held to answer the allegations in the petition and detained as a serious flight risk. (*Id.*) An admit/deny hearing was set for August 5, 2014 at 10:30 a.m. in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before the undersigned Magistrate Judge.

  The Government filed the subject motion, requesting a continuance for an unspecified

1  period. Further, the Court has confirmed that Defendant was arrested on July 2, 2014 and
2  charged with Reentry of Removed Alien, in violation of 8 U.S.C. § 1326(a) with a (b)(1)
3  sentencing enhancement. (Doc. 1 in 14-3258MJ) The deadline for a timely indictment is
4  September 2, 2014.

5       The assigned Special Assistant United States Attorney represents "[d]efense counsel
6  has been consulted and he has no objection to this continuance." (Doc. 55 at 1)

7       Federal Rule of Criminal Procedure 32.1(b)(2) mandates that a district court "[m]ust
8  hold the revocation hearing *within a reasonable time* in the district having jurisdiction."
9  (emphasis added). Rule 32.1(b)(2), Fed.R.Crim.P., however, does not address what
10 constitutes a "reasonable time" or establish the legal standard to authorize a continuance
11 once an admit/deny or revocation hearing has been set.

12      Because Defendant has no objection to the continuance request; there have been no
13 prior continuances of Defendant's admit/deny or revocation hearings; and it is the best
14 interests of the public, Defendant, and the fair and efficient administration of justice to grant
15 a continuance of the admit/deny hearing, which may result in the resolution of two cases at
16 one time, good cause exists to grant the continuance request.

17      Accordingly,

18      **IT IS ORDERED** that Defendant's Motion to Continue Admit/Deny Hearing, doc.
19 55, is **GRANTED**.

20      **IT IS FURTHER ORDERED** that the August 5, 2014 admit/deny hearing is hereby
21 **VACATED** and reset to **Tuesday, August 26, 2014** at **11:00 a.m.** before the undersigned
22 Magistrate Judge in Courtroom 302.

23      Dated this 31st day of July, 2014.

24
25
26                                  Lawrence O. Anderson
                                 United States Magistrate Judge
27
28